# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WY4 | F5441349 | Hart, C | 6165 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 04/26/2025  1836
Offense Charged: 36 CFR 261.15 (i)

Place of Offense: Squaw Basin turnout

Offense Description: Factual Basis for Charge: Failure to display state of Wyoming user Fee decal

### DEFENDANT INFORMATION

Last Name: Hollist
First Name: Brian
M.I.: J

### APPEARANCE IS OPTIONAL (B checked)

$ 75.00 Forfeiture Amount
+ $30 Processing Fee
$ 105.00 Total Collateral Due

YOUR COURT DATE

Defendant Signature: Brian Hollist

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident